UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>JOSE CHAVEZ HUERTA,<br><br>        Respondent. | Case No. EDCV 10-01449 VAP<br>             EDCR 07-00069 SGL<br><br>ORDER REQUIRING RETURN TO § 2255 MOTION |

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a Return to the motion on or before **October 15, 2010**, accompanied by all records, and that Respondent serve a copy of the Return upon the Petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the Petitioner desires to file a Reply to the Return, he shall do so twenty-one days from the Return filing date, setting forth separately: (a) his admission or denial

of any new factual allegations of the Return, and (b) any additional legal arguments.

IT IS FURTHER ORDERED that if any pleading or other paper submitted to be filed and considered by the Court does <u>not</u> include a certificate of service upon the Respondent, or counsel for Respondent, it will be stricken from this case and disregarded by the Court.

Dated: September 24, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge